IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DWIGHT ECHOLS, JR. | : | CIVIL ACTION |
| | : | |
| | : | NO. 11-3280 |
| v. | : | |
| | : | |
| SUPERINTENDENT T. BICKELL, et al. | : | |

## ORDER

**AND NOW,** this 28th day of January 2013, pursuant to Petitioner Dwight Echols, Jr.'s pro se Petition for a Writ of Habeas Corpus (Doc. No. 1) and the Report and Recommendation of Magistrate Judge David R. Strawbridge (Doc. No. 11), it is hereby **ORDERED** that:

1) The Report and Recommendation (Doc. No. 11) of Magistrate Judge David R. Strawbridge is **APPROVED** and **ADOPTED**.

2) The Petition for a Writ of Habeas Corpus (Doc. No. 1) is **DENIED**.

3) All outstanding motions are **DENIED AS MOOT**.

4) A certificate of appealability shall not be issued because, for the reasons stated in United States Magistrate Judge David R. Strawbridge's Report and Recommendation, as approved and adopted by this Court, a reasonable jurist could not conclude that the Court is incorrect in denying and dismissing the habeas petition.

5) The Clerk of Court shall close the above-captioned case.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.